IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **NORMAN G. GOBERT** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:09CV673 LG-RHW** |
| | § | |
| **SAITECH, INC. and COMPUTER** | § | |
| **SCIENCES CORPORATION** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Defendants' Motions for Summary Judgment, the Court, after a full review and consideration of the Motions, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's claims against the Defendants are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 18th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE